#60643

FILED

2010 JUN -3 PM 12:33

CLERK US BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CANTON

UNCLAIMED FUNDS

JUNE 1, 2010

| | |
|---|---|
| 08-62849 | CHARLES KNOPF<br>GISELA KNOPF<br>CREDITOR DID NOT CASH CHECK<br>CHECK #428826 FOR $839.43<br>WELLS FARGO HOME MTG<br>MAC #X2501 –01D<br>ONE HOME CAMPUS<br>DES MOINES, IA  50328 |
| (09-61063) | TIMOTHY TAYLOR<br>KIMBERLY TAYLOR<br>CREDITOR DID NOT CASH CHECK<br>CHECK #428827 FOR $171.27<br>WELLS FARGO HOME MTG<br>MAC #X2501 –01D<br>ONE HOME CAMPUS<br>DES MOINES, IA  50328 |
| 09-63710 | PETER ELDRED<br>CREDITOR DID NOT CASH CHECK<br>CHECK #428828 FOR $2,882.27<br>MIDLAND MORTGAGE CO<br>ATTN:  BANKRUPTCY DEPARTMENT<br>999 NW GRAND BLVD #100<br>OKLAHOMA CITY, OK  73118-8077 |

```
       0 · *

     839 · 43 +
     171 · 27 +
   2,882 · 27 +
   3,892 · 97 *
```